```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
JOHN D. GOLOM,

                        Plaintiff,                              MEMORANDUM & ORDER
        - against -                                             20-CV-388

THE UNITED STATES OF AMERICA C/O
THE OFFICE OF GENERAL COUNSEL et
al.,

                        Defendants.
----------------------------------------------------------x
```

PAMELA K. CHEN, United States District Judge:

Plaintiff John D. Golom, proceeding *pro se*, commenced the instant action pursuant to 42 U.S.C. § 1983 and the Federal Tort Claims Act ("FTCA"). By Memorandum and Order dated June 21, 2021, the Honorable LaShann DeArcy Hall, U.S.D.J., granted Plaintiff's request to proceed *in forma pauperis* and dismissed the complaint in its entirety pursuant to Fed. R. Civ. P. 12(h)(3) and 28 U.S.C. § 1915(e)(2)(B)(ii). However, Plaintiff was granted thirty (30) days from the date of the Memorandum and Order to file an amended complaint. Plaintiff was informed that if he failed to file an amended complaint within 30 days, his action would be dismissed for failure to prosecute. More than 30 days has elapsed, and Plaintiff has failed to file an amended complaint.

Accordingly, the Clerk of Court is directed to enter judgment and close this action. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

2

                SO ORDERED.

                */s/ Pamela K. Chen*
                Pamela K. Chen
                United States District Judge

Dated: April 11, 2022
       Brooklyn, New York